UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy Case No.  19-06295-dd |
| | ) | |
| Vivian Ann Williams, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## **NOTICE OF ENTRY OF APPEARANCE and REQUEST FOR SERVICE**

TO: CLERK OF COURT, DEBTORS, DEBTORS' COUNSEL, AND CHAPTER 13 TRUSTEE:

Please take notice that the undersigned attorneys in the law firm of Nelson Mullins Riley & Scarborough LLP, do hereby give notice of the appearance of this firm on behalf of Sumter Habitat for Humanity, Inc. ("Habitat"). This notice of appearance is being filed in accordance with Bankruptcy Rule 9010.

The Clerk of Court, and any other party that the Court may direct to send notices, is hereby requested that this law firm be shown on the master mailing matrix and any shortened matrix that may be in existence, or that may be created in the future.

Debtors' counsel and the Chapter 13 Trustee are hereby requested to serve upon the undersigned all pleadings, documents and papers to which Habitat may be a party in interest.

NELSON MULLINS RILEY & SCARBOROUGH L.L.P.

By: s/Graham S. Mitchell
Graham S. Mitchell
Federal Bar No. 11763
E-Mail: graham.mitchell@nelsonmullins.com
1320 Main Street/ 17th Floor
Attorneys for Sumter Habitat for Humanity, Inc.

Columbia, SC
December 3, 2019

## CERTIFICATE OF SERVICE

I the undersigned administrative assistant with the law offices of Nelson Mullins Riley & Scarborough LLP, attorneys for Sumter Habitat for Humanity, Inc., do hereby certify that I have served all parties in this action with a copy of the pleading hereinbelow specified by either mailing a copy of the same by United States Mail, postage prepaid, or electronic service through the court's CM/ECF case filing system to the following:

Pleading:	Notice of Entry of Appearance and Request for Service

Parties Served:

Vivian Ann Williams
1180 Habitat Drive
Sumter, SC 29153

J. Carolyn Stringer
PO Box 25345
Columbia, SC 29224-5345
*Attorney for Debtor*

U.S. Trustee's Office
Strom Thurmond Federal Building
1835 Assembly Street, Suite 953
Columbia, SC 29201

Pamela Simmons-Beasley, Trustee
250 Berryhill Road, Suite 402
Columbia, SC 29210

/s/ Stephanie Arnold
Stephanie Arnold, Administrative Assistant

Columbia, South Carolina
December 3, 2019